```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 18484
    ESTEFANIA N HERNANDEZ
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY

            Debtor
    SSN XXX-XX-2074


------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 10/08/2007 and was not confirmed.

     The case was dismissed without confirmation 01/03/2008.
------------------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                            PAID           PAID
------------------------------------------------------------------------------

COUNTRYWIDE HOME LOANS   CURRENT MORTG        .00            .00            .00
COUNTRYWIDE HOME LOANS   MORTGAGE ARRE   32198.02            .00            .00
HARLEM FURNITURE         SECURED          1500.00            .00            .00
TOYOTA MOTOR CREDIT      SECURED VEHIC    9339.92            .00            .00
WASHINGTON MUTUAL FA     NOTICE ONLY     NOT FILED           .00            .00
COUNTRYWIDE HOME LOANS I NOTICE ONLY     NOT FILED           .00            .00
THE BANK OF NEW YORK     NOTICE ONLY     NOT FILED           .00            .00
BENEFICIAL FINANCE       NOTICE ONLY     NOT FILED           .00            .00
HOUSEHOLD BANK           UNSECURED        7643.91            .00            .00
LVNV FUNDING             UNSECURED        1109.27            .00            .00
CAPITAL ONE              UNSECURED        1145.20            .00            .00
CAPITAL ONE              UNSECURED        1399.98            .00            .00
HOUSEHOLD BANK           UNSECURED        1130.22            .00            .00
CHASE                    UNSECURED      NOT FILED            .00            .00
LVNV FUNDING             UNSECURED        6732.00            .00            .00
COMMONWEALTH EDISON      UNSECURED      NOT FILED            .00            .00
DISCOVER FINANCIAL SERVI UNSECURED        4569.39            .00            .00
ABT TV                   UNSECURED        1114.50            .00            .00
HOME DEPOT CREDIT SERVIC UNSECURED      NOT FILED            .00            .00
ILLINOIS DEPT OF REV     UNSECURED      NOT FILED            .00            .00
ILLINOIS DEPT OF REV     NOTICE ONLY    NOT FILED            .00            .00
INTERNAL REVENUE SERVICE UNSECURED      NOT FILED            .00            .00
MARSHALL FIELDS MACY     UNSECURED      NOT FILED            .00            .00
MEDICAL PREMIUN COLLCETI UNSECURED      NOT FILED            .00            .00
WORLD FINANCIAL NETWORK  UNSECURED         163.25            .00            .00
VAN MAUR                 UNSECURED      NOT FILED            .00            .00
WELLS FARGO FINANCIAL IL UNSECURED         365.12            .00            .00
WELLS FARGO FINANCIAL BA UNSECURED        3050.89            .00            .00
WELLS FARGO              NOTICE ONLY    NOT FILED            .00            .00
CAPITAL ONE              UNSECURED        1025.85            .00            .00
DENNIS G KNIPP           DEBTOR ATTY         .00                            .00
TOM VAUGHN               TRUSTEE                                            .00
DEBTOR REFUND            REFUND                                             .00

        Summary of Receipts and Disbursements:

                     PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 18484 ESTEFANIA N HERNANDEZ
```

```
-----------------------------------------------------------------------
                           RECEIPTS         DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE                        .00

PRIORITY                                           .00
SECURED                                            .00
UNSECURED                                          .00
ADMINISTRATIVE                                     .00
TRUSTEE COMPENSATION                               .00
DEBTOR REFUND                                      .00
                         ---------------    ---------------
TOTALS                         .00                 .00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                  /s/ Tom Vaughn
    Dated: 04/23/08       _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE